AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Theresa Tenaglia,  )
*Plaintiff*  )
v.  )  Civil Action No.   6:14-cv-04920-RBH
Commissioner Social Security Administration,  )
*Defendant*  )

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the case is remanded for the ALJ to consult a medical expert regarding Listing 5.05A and B and further evaluate the evidence.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable R. Bryan Harwell.

Date:   March 22, 2016

ROBIN L. BLUME, CLERK OF COURT

s/Ashley Buckingham, Deputy Clerk
*Signature of Clerk or Deputy Clerk*